# MEMORANDUM

**To:** The Honorable Ellen Bree Burns
Senior United States District Judge

**From:** Bunita B. Keyes
U.S. Probation Officer

**Subject:** KOTOVNIKOV, Felix
Docket No: 3:02CR00027(EBB)
<u>Request for Early Termination</u>

**Date:** November 22, 2005

RECEIVED
NOV 29 2005
CHAMBERS OF ELLEN BREE BURNS
Senior United States District Judge

On April 25, 2003, Mr. Kotovnikov was sentenced to a five year term of probation in Criminal Number 3:02CR00027(EBB) which charges him with Making & Subscribing to a False Tax Return, in violation of 26 U.S.C. § 7206(1). Mr. Kotovnikov was given the following special conditions:

1) The defendant shall spend the first six (6) months in home confinement with voice verification monitoring. The defendant shall pay for the cost of voice verification monitoring. During the period of home confinement, the defendant shall be home at all times except for employment, religious obligations, and medical attention;

2) The defendant shall pay a fine of $20,000 within sixty (60) days.

Mr. Kotovnikov immediately began supervision on April 25, 2003 and is expected to complete supervision on April 24, 2008.

Mr. Kotovnikov paid the Court ordered fine on July 9, 2003 and completed his home confinement on November 7, 2003. Mr. Kotovnikov is currently in compliance with the conditions of supervised release. He is the owner/operator of Action Windows, Newington, Connecticut and he appears to be stable.

In a letter dated October 29, 2005, Mr. Kotvnikov requested early termination from supervision. Mr. Kotvinikov indicates that he would like to obtain international accounts to booster his business which is currently suffering as a result of the United States economy. He emphasized that if he is not able to obtain more business, some 50 employees may lose their jobs. In order to travel for long periods of time internationally, early termination is requested.

2

On November 22, 2005, Assistant U.S. Attorney John Danaher was contacted regarding Mr. Kotovnikov's request for early termination. His position on the request will be provided to the Court. It is respectfully recommended that Your Honor grant Mr. Kotovnikov's request.

We have attached the Probation Form 35 (Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date), if Your Honor approves of this request.

_____  
Approved                Date  
The Honorable Ellen B. Burns  
Senior United States District Judge

Denied _____/s/_____ 12/2/05  
                    Date  
The Honorable Ellen B. Burns  
Senior United States District Judge

BBK/tn

Attachment: