# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | CASE NO. 3:03cr27(EBB) |
| FELIX KOTOVNIKOV | Nancy Gifford, Assistant U.S. Attorney |
| | Hugh Keefe |
| | Defendant's Attorney |

The defendant pled guilty to count 1. Accordingly, the defendant is adjudged guilty of count 1, which involves the following offense:

Title & Section: **26:7206(1)**  Count: 1
Nature of Offense: **Making & Subscribing to a False Tax Return**
Date Offense Concluded: 4/15/96

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant shall be placed on probation for a term of 5 years. Special Conditions include: Defendant shall sp the first six (6) months in home confinement with voice verification monitoring. Defendant shall pay for th of voice verification monitoring. During the period of home confinement, the defendant shall be home at a times except for employment, religious obligations, and medical attention. Defendant shall pay a fine in th amount of $20,000.00 within sixty (60) days.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any ch of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

In addition to the special conditions of probation imposed above, it is hereby ordered that the conditions of probation out on the reverse side are imposed.

It is ordered that the defendant shall pay a Special Assessment of $50.00, for count 1 which shall be due **immediate**

April 25, 2003
Date of Imposition of Sentence

Ellen Bree Burns, United States District Judge
Date: April 25, 2003

CERTIFIED AS A TRUE COPY
ON THIS DATE 4/25/13
Kevin F. Rowe, Clerk
BY: 4/25/13
Deputy Clerk

## CONDITIONS OF PROBATION

In addition to the Standard Conditions listed below, the following indicated (■) Mandatory Conditions are imposed:

### MANDATORY CONDITIONS

- ■ (1) The defendant shall not commit another federal, state or local offense;
- ☐ (2) For a felony, the defendant shall (A) make restitution, (B) give notice to victims of the offense pursuant to 18 U.S.C. section 3555, or refrain from residing, in a specified place or area, unless the court finds on the record that extraordinary circumstances exist that w such a condition plainly unreasonable, in which event the court shall impose one or more of the discretionary conditions set forth und U.S.C. section 3563(b);
- ☐ (3) The defendant shall not unlawfully possess a controlled substance;
- ☐ (4) For a domestic violence crime as defined in 18 U.S.C. section 3561(b) by a defendant convicted of such an offense for the first time, defendant shall attend a public, private, or non-profit offender rehabilitation program that has been approved by the court, in consulta State Coalition Against Domestic Violence or other appropriate experts, if an approved program is available within a 50-mile radius of residence of the defendant;
- ☐ (5) The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on and at least two periodic drug tests thereafter for use of a controlled substance;
- ☐ (6) The defendant shall (A) make restitution in accordance with 18 U.S.C. sections 2248, 2259, 2264, 2327, 3663, 3663A, and 3664; an the assessment imposed in accordance with 18 U.S.C. section 3013;
- ☐ (7) The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendan to pay restitution, fines or special assessments;
- ■ (8) If the court has imposed a fine, the defendant shall pay the fine or adhere to a court-established payment schedule;
- ☐ (9) A defendant convicted of a sexual offense as described in 18 U.S.C. sections 4042(c)(4) shall report the address where the defendant v and any subsequent change of residence to the probation officer responsible for supervision, and shall register as a sex offender in any where the person resides, is employed, carries on a vocation, or is a student.
- ☐ (10) The defendant cooperate in the collection of a DNA sample from the defendant.

While on probation, the defendant also shall comply with all of the following Standard Conditions:

### STANDARD CONDITIONS

- (1) The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation off
- (2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete report within the first five days of each month;
- (3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
- (4) The defendant shall support the defendant's dependents and meet other family responsibilities (including, but not limited to, complying terms of any court order or administrative process pursuant to the law of a state, the District of Columbia, or any other possession or ten the United States requiring payments by the defendant for the support and maintenance of any child or of a child and the parent with wl child is living);
- (5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other accep reasons;
- (6) The defendant shall notify the probation officer at least ten days prior to any change of residence or employment;
- (7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled su or any paraphernalia related to any controlled substance, except as prescribed by a physician;
- (8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other place specified by the court;
- (9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a fe unless granted permission to do so by the probation officer;
- (10) The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of an contraband observed in plain view by the probation officer;
- (11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
- (12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permi the court;
- (13) The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

John R. O'Connor
United States Marshal

By:_____
Deputy Marshal