UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | : CRIMINAL NO. 3:03CR27(EBB) |
| | : |
| FELIX KOTOVNIKOV | : MAY 10, 2006 |

### UNITED STATES' MOTION FOR EXTENSION OF TIME

The United States, by and through its counsel, Kevin J. O'Connor, United States Attorney for the District of Connecticut, and John A. Danaher III, Assistant United States Attorney for the District of Connecticut, hereby request that the Court grant an extension of time of thirty (30) days, from May 12, 2006 through June 9, 2006, to respond to the defendant's Motion for Termination of Supervised Release. As grounds therefore, the Government avers that additional time is required as this matter was originally assigned to an Assistant United States Attorney who is no longer with this office and has been reassigned to the undersigned Assistant United States Attorney.

      This is the first request for an extension of time to respond. Defendant's counsel, Hugh F, Keefe, Esq., has been contacted and has no objection to this request.

      Respectfully submitted,

      KEVIN J. O'CONNOR
      UNITED STATES ATTORNEY


      JOHN A. DANAHER III
      ASSISTANT UNITED STATES ATTORNEY
      Federal Bar No. Ct05101
      450 Main Street, Room 328
      Hartford, CT 06103

## CERTIFICATION OF SERVICE

      The undersigned hereby represents that he has mailed a copy of the foregoing this 10th day of May, 2006, to the following:

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street, P. O. Box 1612
New Haven, CT 06506-1612

      _____
      JOHN A. DANAHER III
      ASSISTANT UNITED STATES ATTORNEY