UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:03CR27(EBB) |
| | : | |
| FELIX KOTOVNIKOV | : | MAY 17, 2006 |

## APPEARANCE

The undersigned attorney hereby requests that his appearance as counsel for the

Government be entered in the above-entitled case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. Ct05101
450 Main Street, Room 328
Hartford, CT 06103

## CERTIFICATION OF SERVICE

The undersigned hereby represents that he has mailed a copy of the foregoing this 16th day

of May, 2006, to the following:

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street, P. O. Box 1612
New Haven, CT 06506-1612

_____
JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY

2