UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 JUL 11  A 7:34

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NO. 3:03CR27(EBB) |
| FELIX KOTOVNIKOV | : | |

### RULING ON MOTION FOR TERMINATION OF SUPERVISED RELEASE[1]

Defendant was sentenced on April 25, 2003, to a five year term of probation and seeks early termination of probation because "it is no longer a reasonable condition of his release", in view of business necessity for out-of-district travel, that he be required to seek his probation officer's permission to leave the state and the court's permission to leave the country. This requirement, according to defendant "is a very inconvenient and costly way to run a business."

Defendant has cited no instance in which he has sought, and been denied, permission to travel nor has he demonstrated why this requirement is unduly inconvenient or costly.

The motion [Doc. No. 12] is denied.

SO ORDERED.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ___ day of July, 2006.

---

[1] Defendant was sentenced to a term of probation, not supervised release.